Ira S. Sacks
AKERMAN LLP
666 Fifth Avenue, 20th Floor
New York, New York 10103
Tel. (212) 880-3800
Fax (212) 905-6458
Email: ira.sacks@akerman.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

COMMITTEE FOR THE ADVANCEMENT OF
TORAH D/B/A OK KOSHER CERTIFICATION,

                         Plaintiff,

                 -against-

TASTE'L FINE FOOD PVT LTD.,
                         Defendant.

Civil Action No.  19-5288 (NGG-PK)

**NOTICE OF DISMISSAL**
**WITHOUT PREJUDICE**

        **PLEASE   TAKE   NOTICE** that, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i), whereas no Defendant has filed an answer or motion for summary judgment,

Plaintiff hereby voluntarily dismisses this action, without prejudice.

Dated:   New York, New York
         October 10, 2019

                              *s/ Ira S Sacks*
                              **AKERMAN LLP**
                              Ira S. Sacks
                              666 Fifth Avenue, 20th Floor
                              New York, New York 10103
                              Tel. (212) 880-3800
                              Fax (212) 905-6458
                              email: ira.sacks@akerman.com
                              *Attorneys for Plaintiff*

50441290;1